**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION**

**In the Matter of:**

Patricia Ann Coleman                    }         **Case No: 14-70710-JHH13**
SSN: XXX-XX-2140                         }
  DEBTOR(S).                             }
                                         }
                                         }

**COURTROOM DEPUTY NOTES**

| | |
|---|---|
| **Matter(s):** | RE: Doc #58; Motion for Relief from Stay and Co-Debtor Stay (Timothy Coleman) filed by 21st Mortgage Corporation |
| **Date and Time:** | Tuesday, January 31, 2017 09:05 AM |
| **Appearances:** | Kristofor D Sodergren, attorney for 21st Mortgage Corporation |
| | C David Cottingham, Trustee |
| | Eric M Wilson, attorney for Patricia Ann Coleman  (Debtor) |
| **Courtroom Deputy:** | Kim Martin |
| **Presiding Judge:** | JENNIFER H. HENDERSON |
| **Court Notes:** | Settled - Kristofor Sodergren to submit a proposed order. |

Date Prepared:01/31/2017